# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3693

_____

Leonard Stelmaszek

*Plaintiff - Appellant*

v.

Omaha World Herald Co.

*Defendant - Appellee*

Federal Bureau of Investigation

*Defendant*

Rick Whiteley

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: May 31, 2017
Filed: June 2, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Leonard Stelmaszek appeals the district court's[1] adverse grant of summary judgment in his action claiming employment-related discrimination and retaliation. Having reviewed the record and the parties' arguments on appeal, we agree with the district court's reasoning and conclude that summary judgment was properly granted, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review); and that the district court did not abuse its discretion in denying the motion for a new trial, see United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933 (8th Cir. 2006) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.